# Exhibit 1



Outlook Mail

Search Mail and People ○ New | Reply | Delete Archive Junk | Sweep Move to

White and Hajjaj Satisfaction

RT  Rebecca Taylor                                          Reply |
    Wed 6/15, 1:12 PM
    You

Documents

White and Hajjaj doc.doc
203 KB

Download  Save to OneDrive - Personal

Rebecca Taylor
Collections Officer
803-898-5642
Rebecca.Taylor@dor.sc.gov

South Carolina Department of Revenue
Central Levy/TBS Division
300-A Outlet Pointe Blvd.
Columbia, SC 29210
dor.sc.gov



**State of South Carolina**
Department of Revenue
P.O. Box 125
Columbia SC 29214

**SC DOR**

wrong date ↳ Sent to me on 6/15/16 @ 1:17 pm

October 18, 2016

Re:
SSN: XXX-XX-5358, WHITE, CHANDEL
SSN: XXX-XX-4917, HAJJAJ, KHADIJAH

Please be advised that lien number 3 51890789 5 for tax year 2014 was paid in full for **$432.87** with the South Carolina Department of Revenue on March 18, 2016. A formal notice of satisfaction was sent to the county courthouse within 30 days.

**Thank you,**
Rebecca Taylor
**Central Collections Officer**
**803-898-5642**
**South Carolina Department of Revenue**
**300-A Outlet Pointe Blvd.**
**Columbia, SC 29210**
taylorre@sctax.org

 **State of South Carolina**
Department of Revenue
P.O. Box 125
Columbia SC 29214 

June 17, 2016

Re:
SSN: XXX-XX-5358, WHITE, CHANDEL
SSN: XXX-XX-4917, HAJJAJ, KHADIJAH

Please be advised that lien number 3 51890789 5 for tax year 2014 was paid in full for **$432.87** with the South Carolina Department of Revenue on March 18, 2016. A formal notice of satisfaction was sent to the county courthouse within 30 days.

**Thank you,**
**Rebecca Taylor**
**Central Collections Officer**
**803-898-5642**
**South Carolina Department of Revenue**
**300-A Outlet Pointe Blvd.**
**Columbia, SC 29210**
**taylorre@sctax.org**

```
1350
```



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

# TAX LIEN SATISFACTION

**W-131-S**
(Rev. 12/15/11)
2051

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

Last Name:    First Name:
WHITE         CHANDEL

County:   RICHLAND
Contact Number:   (803)898-5611
**Tax Lien Number: 3-51890789-2**
SSN:              XXX-XX-5358
SPOUSE SSN:       XXX-XX-4917
File Number:      94879309
Period Covered:   12/14 - 12/14

HAJJAJ     KHADIJAH
613 SOMERTON CT
COLUMBIA SC 29212-8272

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 12/01/15.

Tax Type: INDIVIDUAL INCOME TAX

| DIST CODE | PERIOD COVRD | RECEIVABLE NUMBER | DATE ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/14 | 1-08644343-7 | 07-28-15 | 315.00 | 14.15 | 6.80 | 335.95 |

|  |  |
|---|---|
| SUBTOTAL: | 335.95 |
| COURT COSTS: | 26.80 |
| **TOTAL:** | **$362.75** |

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 03/18/16.**

TXPRC019                2

```
20511028
```