# Exhibit 2

Outlook Mail

Search Mail and People

○ New | Reply | Delete Archive Junk | Sweep Move to

### Your Tenant Screening Report

Reply |

JY **Jayme Yellin**
Tue 6/14, 2:57 PM
You

Documents

Summary of Consumer...
70 KB

Remedying the Effects o...
53 KB

4 attachments (563 KB) Download all Save all to OneDrive - Personal

Dear Applicant:

Thank you for contacting Yardi Resident Screening ("YRS") to request a copy of your tenant screening report ("TSR"), which is attached.

We encourage you to carefully review your TSR, and if you believe it contains inaccurate or incomplete information, you can initiate a free dispute by completing the YRS Applicant Dispute Form available online at www.yardi.com/yrs.

Please note that YRS does not make rental decisions and does not set the eligibility criteria for any property. All eligibility criteria and rental decisions are set and made by the property owner or property management company where you applied.

FOR MORE INFORMATION, please visit www.yardi.com/yrs or contact the YRS Consumer Relations team at RS_ApplicantInformation@Yardi.com or by calling (800) 736-8476, option 2, Monday through Friday between 10:00 am and noon or between 1:00 pm and 4:00 pm Eastern Time.

Thank you.
YRS Consumer Relations

** *This message was sent from an unmonitored email address. Direct replies will not be received.* **

YARDI Resident Screening*

**Consumer Relations**

Online www.yardi.com/yrs | Toll free 800.736.8476, option 2 | Local 781.332.3397 | Fax 781.583.5112
RentGrow Inc. dba Yardi Resident Screening | 307 Waverley Oaks Rd Ste 301 | Waltham MA 02452

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this message in error, please completely destroy all electronic and hard copies, and contact the sender toll free at 800.736.8476, option 2 or by emailing RS_ApplicantInformation@Yardi.com.

**cricket**
wireless

**Cricket
+
you.**
The perfect match.

No activation fee for online orders

Get Started

# YARDI Resident Screening Exec - Khadijah Hajjaj

SoCal - Palmdale (I5471)

## Property Screening Result

GROUP RESULT: DECLINE APPLICANT

## Applicant Information

NAME: Khadijah Hajjaj
SSN: xxx-xx-4917
DOB: 09/13/1978
CURRENT ADDRESS: 613 Somerton CT, Columbia, SC, 29212

### Individual Result

Decline Applicant

### Additional Information

**Reasons for Result**
- Severe level of Judgment(s) or Suit(s)

**Items to Review**
- Utility item present - please review
- Rental History Records Found

## Additional Applicant Information

### Residence History

This applicant has rented or owned.
TIME AT CURRENT ADDRESS: 3 years 5 months

### Employment/Income

PRIMARY INCOME: $8900 per month
PROPOSED RENT: $2750
RENT/INCOME: 31%
TIME AT CURRENT JOB: 16 years 10 months

| SERVICE | REQUEST DATE | COMPLETED DATE | STATUS |
|---|---|---|---|
| Credit Report | 06/13/2016 6:22 PM | 06/13/2016 6:22 PM | Complete |
| Criminal Search | 06/13/2016 6:21 PM | 06/13/2016 6:26 PM | Meets Property Requirements |
|  |  |  | No National Sex Offender Records Found |
|  |  |  | No Criminal Records Found |
| Premium National Civil Court Records Search | 06/13/2016 6:21 PM | 06/13/2016 6:22 PM | Meets Property Requirements |
|  |  |  | No Civil Court Records Found |
| Rental History Search | 06/13/2016 6:21 PM | 06/13/2016 6:21 PM | Meets Property Requirements |
|  |  |  | Records Found |
| OFAC Name Search | 06/14/2016 3:53 PM | 06/14/2016 3:53 PM | No Matches Found |

## EXPERIAN CREDIT REPORT

### PERSONAL INFORMATION

Name: KHADIJAH H HAJJAJ
Also Known As: KHADIJAH HAHHAH
Also Known As: KHADISA HAJJAJ
Date of Birth: 09/13/1978

| PRIMARY ADDRESS | OTHER ADDRESSES |
|---|---|
| Address: 613 SOMERTON CT COLUMBIA SC 29212-8272 | Address: 8447 STAR CREEK DR SAN ANTONIO TX 78251-2332 |
| Filed: 02/1/2013 | Filed: 08/21/2009 |
|  | Address: |

5203 ELK CR
SAN ANTONIO TX 78251-3543
Filed:   12/13/2010

## EMPLOYMENT

Company: US NAVY
Title:   reported 11-03-2007

Company: U S NAVY
Title:   reported 02-14-2001

## CHECKPOINT MESSAGES

0084 SSN MATCHES
SSN issued between 1978 and 1980

### Trade References

**PIONEERMCB (SUB# 1530176 )**                                                                                             POINTS: 4

| Account type: Unsecured | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | n/a | Credit Limit: | $7,894 | Date Opened: | 09/27/2012 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 02/20/2015 |
| Monthly Payment: | n/a | Acct. Terms: | 036 | Date Updated: | n/a |
| | | | | Balance Date: | 02/28/2015 |

      2015                              2014                                        2013

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR

Remarks: Current account
Account closed
Account renewed or refinanced

**BK OF AMER (SUB# 3991532 )**                                                                                             POINTS: 5

| Account type: VA Real Estate Loan | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | n/a | Credit Limit: | $134,327 | Date Opened: | 10/11/2010 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 06/25/2015 |
| Monthly Payment: | n/a | Acct. Terms: | 360 | Date Updated: | n/a |
| | | | | Balance Date: | 07/10/2015 |

      2015                              2014                                        2013

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG

Remarks: Current account
Transferred to another lender
Account transferred

**SECURITY SERVICE FCU (SUB# 3758708 )**                                                                                   POINTS: 5

| Account type: Auto loan | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $17,878 | Date Opened: | 08/21/2009 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 02/3/2016 |
| Monthly Payment: | n/a | Acct. Terms: | 066 | Date Updated: | n/a |
| | | | | Balance Date: | 02/3/2016 |

      2016                              2015                                        2014

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |

Remarks: Current account
Paid account/zero balance

### SECURITY SERVICE FCU (SUB# 3758708 )                                                          POINTS: 5

Account type: Auto loan    Responsibility: Individual

| Current Balance: | $0 | Credit Limit: | $13,140 | Date Opened: | 02/5/2011 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 12/8/2015 |
| Monthly Payment: | n/a | Acct. Terms: | 048 | Date Updated: | n/a |
|  |  |  |  | Balance Date: | 12/8/2015 |

               2015                                              2014

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |

Remarks: Current account
Paid account/zero balance

### PIONEERMCB (SUB# 1530176 )                                                                    POINTS: 1

Account type: Unsecured    Responsibility: Individual

| Current Balance: | $0 | Credit Limit: | $6,785 | Date Opened: | 08/3/2011 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 09/27/2012 |
| Monthly Payment: | n/a | Acct. Terms: | 030 | Date Updated: | n/a |
|  |  |  |  | Balance Date: | 11/1/2012 |

               2012                                              2011

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |

Remarks: Current account
Paid account/zero balance

### PIONEERMCB (SUB# 1530176 )                                                                    POINTS: 0

Account type: Unsecured    Responsibility: Individual

| Current Balance: | $0 | Credit Limit: | $4,103 | Date Opened: | 05/23/2011 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 08/3/2011 |
| Monthly Payment: | n/a | Acct. Terms: | 030 | Date Updated: | n/a |
|  |  |  |  | Balance Date: | 09/1/2011 |

    2011

| OK | OK | OK |
|----|----|----|
| SEP | AUG | JUL |

Remarks: Current account
Paid account/zero balance

### PIONEERMCB (SUB# 1530176 )                                                                    POINTS: 1

Account type: Unsecured    Responsibility: Individual

| Current Balance: | $0 | Credit Limit: | $5,441 | Date Opened: | 05/2/2009 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/23/2011 |
| Monthly Payment: | n/a | Acct. Terms: | 030 | Date Updated: | n/a |
|  |  |  |  | Balance Date: | 07/1/2011 |

           2011                                    2010                               2009

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG

Remarks: Current account
Paid account/zero balance

### EDC/LIBERTY MANAGEMENT (SUB# 2342884 )                                        POINTS: 0

Account type: Rental agreement      Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $1,025 | Date Opened: | 08/26/2009 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 12/30/2010 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 12/30/2010 |

              2010                              2009

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG

Remarks: Current account
Paid account/zero balance

### CBNA (SUB# 2304640 )                                                          POINTS: 0

Account type: Charge      Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $250 | Date Opened: | 09/12/2009 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 09/16/2010 |

              2010                              2009

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP

Remarks: Current account
Credit line closed - grantor's request
Paid account/zero balance

### PIONEERMCB (SUB# 1530176 )                                                    POINTS: 0

Account type: Unsecured      Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $3,516 | Date Opened: | 08/23/2008 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/2/2009 |
| Monthly Payment: | n/a | Acct. Terms: | 023 | Date Updated: | n/a |
| | | | | Balance Date: | 06/1/2009 |

              2009                              2008

OK  OK  OK  OK  OK  OK  OK  OK  OK

JUN MAY APR MAR FEB JAN DEC NOV OCT

Remarks: Current account
Paid account/zero balance

### USA DISCOUNTERS CREDIT (SUB# 1350060 )                                        POINTS: 1

Account type: Installment Sales Contract      Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $6,667 | Date Opened: | 01/30/2006 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 03/1/2008 |
| Monthly Payment: | n/a | Acct. Terms: | 024 | Date Updated: | n/a |
| | | | | Balance Date: | 03/1/2008 |

| 2008 | | | | | | | | | | | | 2007 | | | | | | | | | | | | 2006 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | ... |

Remarks: Current account
Paid account/zero balance

---

### MILITARY STAR (SUB# 1327980)  POINTS: 5
Account type: Charge     Responsibility: Individual

| Current Balance: | $3,090 | Credit Limit: | $4,325 | Date Opened: | 11/21/2010 |
| Past Due Amount: | n/a | High Balance: | $4,215 | Last Active On: | 05/18/2016 |
| Monthly Payment: | $99 | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 06/5/2016 |

Late Payments over the last 67 months :
2 payments over 30 days late;

| 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | | | | | | | |

Delinquencies: Max: Acct delinquent 30 days on 01/1/2013
Previous: on 01/1/2013
Previous: on 02/1/2012
Remarks: Acct delinquent 30d 2x - now current
Open

---

### PENNYMAC LOAN SERVICES (SUB# 1656510)  POINTS: - 1
Account type: VA Real Estate Loan    Responsibility: Individual

| Current Balance: | $121,820 | Credit Limit: | $134,327 | Date Opened: | 10/11/2010 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/12/2016 |
| Monthly Payment: | $1,214 | Acct. Terms: | 360 | Date Updated: | n/a |
| | | | | Balance Date: | 06/7/2016 |

Late Payments over the last 11 months :
1 payment over 30 days late;

| 2016 | | | | | | 2015 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK |
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |

Delinquencies: Max: on 03/1/2016
Previous: on 03/1/2016
Remarks: Acct delinquent 30 days - now current
Open

---

### REPUBLIC FINANCE (SUB# 1180314)  POINTS: 3
Account type: Note loan     Responsibility: Individual

| Current Balance: | $2,613 | Credit Limit: | $4,210 | Date Opened: | 08/21/2014 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/9/2016 |
| Monthly Payment: | $195 | Acct. Terms: | 036 | Date Updated: | n/a |
| | | | | Balance Date: | 06/1/2016 |

2016

OK OK OK OK OK

JUN MAY APR MAR FEB

Remarks: Current account

Open

### PIONEERMCB (SUB# 1530176 )                                                           POINTS: 3

| Account type: Unsecured | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | $3,636 | Credit Limit: | $5,860 | Date Opened: | 02/20/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/1/2016 |
| Monthly Payment: | $201 | Acct. Terms: | 036 | Date Updated: | n/a |
| | | | | Balance Date: | 05/31/2016 |

           2016                              2015

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

Remarks: Current account

Open

### SYNCB/JCP (SUB# 3321860 )                                                            POINTS: 5

| Account type: Charge | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | $218 | Credit Limit: | $600 | Date Opened: | 12/9/2013 |
| Past Due Amount: | n/a | High Balance: | $467 | Last Active On: | 05/5/2016 |
| Monthly Payment: | $35 | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 05/19/2016 |

           2016                              2015                                 2014

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

Remarks: Current account

Open

### MILITARY STAR (SUB# 1327980 )                                                        POINTS: 5

| Account type: Charge | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | $1,692 | Credit Limit: | $2,100 | Date Opened: | 11/19/2007 |
| Past Due Amount: | n/a | High Balance: | $2,257 | Last Active On: | 04/18/2016 |
| Monthly Payment: | $15 | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 05/17/2016 |

           2016                              2015                                 2014

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

Remarks: Current account

Open

### SYNCB/WALMART (SUB# 1327500 )                                                        POINTS: 5

| Account type: Charge | Responsibility: Individual | | | | |
|---|---|---|---|---|---|
| Current Balance: | $1,435 | Credit Limit: | $1,600 | Date Opened: | 11/27/2013 |
| Past Due Amount: | n/a | High Balance: | $1,724 | Last Active On: | 05/5/2016 |
| Monthly Payment: | $44 | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 05/15/2016 |

           2016                              2015                                 2014

OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

Remarks: Current account

Open

### EDC/PROPERTY CONSULTAN (SUB# 1955816 )  POINTS: 5

Account type: Rental agreement        Responsibility: Joint

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $1,400 | Credit Limit: | $1,400 | Date Opened: | 12/27/2012 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 05/1/2016 |
| Monthly Payment: | $1,400 | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 05/1/2016 |

         2016                                   2015                                  2014

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

Remarks: Current account

Open

### CONSUMER ADJUSTMENT (SUB# 1373174 )  POINTS: 1

Account type: Installment Sales Contract      Responsibility: Individual

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $736 | Date Opened: | 07/7/2001 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 10/10/2002 |
| Monthly Payment: | n/a | Acct. Terms: | 010 | Date Updated: | n/a |
| | | | | Balance Date: | 09/30/2008 |

         2008                                   2007                                  2006

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

Remarks: Current account

Open

### Collections

### TIME WARNER CABLE (SUB# 1905116 - YC )  POINTS: -6

Responsibility: Individual

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $302 | Balance Date: | 05/8/2015 | Date Assigned: | 10/21/2014 |
| Original Amount: | $302 | Last Active On: | n/a | Date Updated: | n/a |

Remarks: Attorney or outside agency account

### Legal

### TAX LIEN - STATE  POINTS: -35

| | | | | | |
|---|---|---|---|---|---|
| Responsibility: | Joint | Court: | RICHLAND CNTY RECORDER | Date Filed: | 12/1/2015 |
| | | Court #: | 1049040 | Date Reported: | 12/1/2015 |
| | | | | Amount: | $362 |

Outcome: Docket BK2076PG1446SQ51890

### Bureau Information

**experian** *Credit Report*

Experian P.O Box 2104 Allen TX 75013

**PREMIUM NATIONAL CRIMINAL RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/13/2016 6:21 PM | 06/13/2016 6:26 PM | Meets Property Requirements |
| | | No National Sex Offender Records Found |
| | | No Criminal Records Found |

**PREMIUM NATIONAL CIVIL COURT RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/13/2016 6:21 PM | 06/13/2016 6:22 PM | Meets Property Requirements |
| | | No Civil Court Records Found |

**RENTAL HISTORY SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/13/2016 6:21 PM | 06/13/2016 6:21 PM | Meets Property Requirements |
| | | Records Found |

**PERSONAL INFORMATION**

Name: KHADIJAH H HAJJAJ  
DOB: Sep 13, 1978  
SSN: XXX-XX-4917  
DL: VA - T60-37-3371   DL State:  
Address: 613 Somerton Court APT Somerton613 Columbia, SC 29212  
Employment: - ; Annual Income:   Years on Job:

– Tenant Information

Lease Address: 613 Somerton Court APT Somerton613 Columbia, SC 29212  
Property Information: Property Consultants of Columbia LLC  Property Consultants of Columbia LLC  803-732-0087  
Property Address: 613 Somerton Court  Columbia, SC 29212  
Reasons for Result:  
This Payment History meets requirements  
The following elements in this Payment History did not contribute to the Rental History Evaluation:

- NSF payments (total number is below the rejectable threshold)

Lease Information:

| | | Move in: | | Dec 27, 2012 |
|---|---|---|---|---|
| Begin: | Dec 27, 2012 | Move out: | | Jun 6, 2016 |
| End: | | | | |
| Notice: | | | | |

Payment History:

| | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 - 2015 | P | P | P | P | P | P | P | P | N | P | P | P |
| 2015 - 2014 | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
| | P | P | P | P | P | P | P | P | P | P | P | P |

W - Rent Write-off     U - Non-Rent Write-off     O - Outstanding balance     N - NSF    L - Late    P - Paid as Agreed

Rent:     $1400.00          Total Rent Paid:          $60025.81          Total Write-Offs:          $0.00

– Tenant Information

Lease Address: 8447 Star Creek APT 0893 San Antonio, TX 78251  
Property Information: Liberty Management Inc  Liberty Management Inc  (210)681-8080  
Property Address: 8447 Star Creek  San Antonio, TX 78251  
Reasons for Result:  
This Payment History meets requirements

Lease Information:
Begin: Aug 26, 2009        Move in:  Aug 26, 2009
End:   Aug 25, 2011        Move out: Dec 29, 2010
Notice:

Payment History:

| 2010 - 2009 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | P | P | P | P | P | P | P | P | P | P | P |
| 2009 - 2008 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| | P | P | P | . | P | . | . | . | . | . | . | . |

W - Rent Write-off    U - Non-Rent Write-off    O - Outstanding balance    N - NSF   L - Late   P - Paid as Agreed

Rent:   $1025.00    Total Rent Paid:    $17099.75    Total Write-Offs:    $0.00

— Consumer Dispute Contact

To Contact RentBureau: P.O. Box 26   Allen, TX 75013   1-877-704-4519

---

**OFAC/SDN SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/14/2016 3:53 PM | 06/14/2016 3:53 PM | No Records Found |
| Database(s) Searched: | US Treasury Department - OFAC - SDN & Blocked Persons | |

Public Records Disclaimer (Click here to Open/Close)

### PUBLIC RECORDS DISCLAIMER AND CUSTOMER ACKNOWLEDGEMENT

*RentGrow, Inc. dba Yardi Resident Screening (YRS) uses reasonable procedures in its effort to provide reportable civil and criminal public records information (the "Data") with maximum accuracy. By accepting and using the Data in this Tenant Screening Report (TSR), you expressly acknowledge and agree:*

- *YRS will omit, in whole or in part, Data that YRS is not permitted to report in accordance with the Federal Fair Credit Reporting Act, 15 U.S.C. 1681 et seq., as amended (the "FCRA") or other applicable laws and regulations.*
- *You are strictly prohibited from using the TSR or any of the Data except as permitted by the underlying screening agreement that applies to you.*
- *The Data obtained by YRS is maintained, updated and furnished to YRS by third-parties including public agencies, vendors and the three major credit bureaus. Because there are no national standards for the way certain information contained in the Data is stored, updated or accessed, the quality and completeness of Data will vary based on the state, county and jurisdiction where it originated.*
- ***It is your responsibility to provide complete and accurate applicant information to YRS.*** *Incorrect or incomplete identifiers provided by you to YRS (such as an applicant's name, date of birth, and social security number) may result in a TSR that is incorrect or incomplete.*
- ***YRS does not rent properties and does not make any rental decisions.*** *All tenant qualification criteria are established exclusively by you, your parent company or other third party to whom you are accountable (such as an asset manager or property owner).*

---

**Processing Information**

DATE ENTERED: 06/13/2016 06:21 PM
INPUT BY: a.cota1
POLICY: COAH01