# Exhibit 3



Home » Compliance

**LIEN REGISTRY SEARCH**

| By Lien ID | By Individual | By Business |

The Individual search function requires the user to enter the debtor's name and the last 4 digit of his/her Social Security Number or Federal Employer Identification Number in the field provided. Users are cautioned that entering the legal name of a debtor may not match the format in which the debtor registered with the Department of Revenue.

If a lien is satisfied by payment or by accepted documentation, the Registry will be updated to reflect that the lien has been satisfied and the date of satisfaction.

Name:    WHITE
Last 4 digits of ID:   5358

[ CLEAR ]

**Please click the "CLEAR" button to perform a new search**

**LIEN RECORDS**

*Filter*

| Lien ID | ID | Taxpayer's Name | Joint or DBA Name | Address | Lien County | Issued Date | Closed Date | Status | Last Updated | Request Pay Off |
|---|---|---|---|---|---|---|---|---|---|---|
| 3518907892 | 5358 | WHITE CHANDEL | HAJJAJ KHADIJAH | 613 SOMERTON CT COLUMBIA SC 29212-8272 | RICHLAND | 01-Dec-2015 | 18-Mar-2016 | Satisfied | 18-Mar-2016 | |

Need help? Check out our Tutorials.
Representatives are available on business days Monday-Friday from 8:30am-4:45pm. Contact Us.
**Your online session will timeout after 15 minutes of inactivity.**