# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KHADIJAH HAJJAJ and CHANDEL WHITE, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>RENTGROW, INC., DBA YARDI RESIDENT SCREENING,<br><br>   Defendant. | Case No. 1:17-cv-10076-PBS |

## NOTICE OF CONFIDENTIAL SETTLEMENT IN PRINCIPLE

Plaintiffs Khadijah Hajjaj and Chandel White, and Defendant RentGrow, Inc., by and through their respective undersigned counsel, hereby provide the Court with NOTICE that they have reached a confidential settlement in principle that will resolve this matter and result in the dismissal of (i) Plaintiffs' individual claims with prejudice; and (ii) putative class claims without prejudice. The parties' counsel are in the process of documenting the settlement, which they anticipate will be completed within a few weeks. Once complete, the parties anticipate that they will file a Rule 41(a)(1)(A)(ii) stipulation of dismissal. The parties respectfully request that the Court defer all rulings, litigation deadlines, and other litigation events pending the submission of such dismissal stipulation.

4845-9430-5355.1

Respectfully submitted,

BERGER & MONTAGUE, P.C.

Dated:  June 29, 2017                     */s/ E. Michelle Drake*
Joseph C. Hashmall (MN Bar # 0392610)*
E. Michelle Drake (MN Bar # 0387366)*
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Telephone:  (612) 594-5999
Facsimile:  (612) 584-4470
jhashmall@bm.net
emdrake@bm.net
*admitted pro hac vice*

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten (MA Bar # 549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
hlichten@llrlaw.com

FRANCIS & MAILMAN, P.C.
James A. Francis (PA Bar # 77474)*
John Soumilas (PA Bar # 84527)*
Land Title Bldg., 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
*admitted pro hac vice*

ATTORNEYS FOR PLAINTIFFS

4845-9430-5355.1

|  |  |
|---|---|
|  | RENTGROW, INC. |
|  | By its attorneys, |
| Dated:  June 29, 2017 | /s/ *Matthew J. Frankel* |
|  | David S. Rosenthal (BBO #429260) |
|  | Matthew J. Frankel (BBO #664228) |
|  | NIXON PEABODY LLP |
|  | 100 Summer Street |
|  | Boston, MA 02110 |
|  | Telephone:  (617) 345-1000 |
|  | drosenthal@nixonpeabody.com |
|  | mfrankel@nixonpeabody.com |

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 29, 2017.

>*/s/ E. Michelle Drake*
>E. Michelle Drake

4845-9430-5355.1